FILED
CHARLOTTE, NC

APR 2 1 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.** 3:26-cr-71-KDB |
| **v.** | **BILL OF INDICTMENT**<br>Violation: 18 U.S.C. § 922(a)(6) |
| **ALEJANDRO FIGUEROA BAUTISTA** | |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(False Statement During Purchase of a Firearm)*

On or about August 20, 2023, in Union County, within the Western District of North Carolina, the defendant,

### ALEJANDRO FIGUEROA BAUTISTA,

in connection with the acquisition of a firearm, an Aero Precision, model X15 firearm, from UR6 LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to UR6 LLC, which statement was intended and likely to deceive UR6 LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, within which the defendant represented that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
*(False Statement During Purchase of a Firearm)*

On or about July 26, 2024, in Union County, within the Western District of North Carolina, the defendant,

## ALEJANDRO FIGUEROA BAUTISTA,

in connection with the acquisition of a firearm, a Palmetto State Armory, model PA-15, multicaliber firearm, from Anton Arms LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Anton Arms LLC, which statement was intended and likely to deceive Anton Arms LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, within which the defendant represented that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. Aero Precision, model X15 firearm
2. Palmettos State Armory, model PA-15 firearm

A TRUE BILL

RUSS FEGUSON
UNITED STATES ATTORNEY

TIM SIELAFF